CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 0 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

KAWAN HENRY PALMER,        )
     Petitioner,           )    **Civil Action No. 7:06cv00030**
                             )
                             )
**v.**                         )    <u>**MEMORANDUM OPINION**</u>
                             )
                             )
**UNITED STATES OF AMERICA,**   )    **By: Samuel G. Wilson**
     **Respondent.**         )    **United States District Judge**

      Petitioner Kawan Henry Palmer brings this motion to correct his sentence pursuant to 28 U.S.C. § 2255 claiming his sentence is unconstitutional under <u>United States v. Booker</u>, 543 U.S. 220 (2005). Palmer has previously filed a § 2255 motion regarding the same conviction and/or sentence. See <u>Palmer v. United States</u>, 7:98cv00105 (W.D. Va. 1998). Thus, his current § 2255 motion is successive, and the court may only review it if the Fourth Circuit has authorized Palmer to file a successive § 2255 motion. 28 U.S.C. § 2255. Palmer does not allege that the Fourth Circuit has authorized him to file a successive motion. Accordingly, the court lacks jurisdiction to review Palmer's motion and, therefore, dismisses it.[1]

      **ENTER:** This 20th day of January, 2006.

                                           UNITED STATES DISTRICT JUDGE

---

[1] Moreover, the Supreme Court did not make <u>Booker</u> retroactive to cases on collateral review, meaning Palmer may not raise a <u>Booker</u> claim in a § 2255 motion. See <u>Booker</u>, 125 S. Ct. at 769.